# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Eric Shane Buck<br>*Plaintiff*<br>v.<br>SGT Hill, Jane Doe 1,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:18-cv-00036-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion to Voluntarily Dismiss Complaint Without Prejudice, ECF No. 16, is GRANTED.
Plaintiff's Motion to Waive Collection of Filing Fee under PLRA, ECF No. 17, is GRANTED.
Judgment of dismissal is entered without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion to Voluntarily Dismiss Complaint Without Prejudice, ECF No. 16. Motion to Waive Collection of Filing Fee, ECF No. 17.

Date:  10/19/18

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler